IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

MICKEY MICHELE SULLIVAN,

      Plaintiff,

      v.

                                  Case No. 1:19-CV-1342-SCD

ANDREW SAUL,
Commissioner of
Social Security,

      Defendant.

---

# O R D E R

This matter is before the Court on Defendant's Motion to Enter Judgment and Remand the Commissioner's Decision for Further Administrative Proceedings, and the Court being duly advised, now grants the motion.

It is hereby ORDERED that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will remand the matter to an Administrative Law Judge to develop the administrative record as necessary and issue a de novo decision that reevaluates the opinion evidence and follows the sequential evaluation process to determine whether Plaintiff is disabled.

Dated at Green Bay, Wisconsin, this 11th day of June, 2020.

BY THE COURT:

_____
HONORABLE STEPHEN C. DRIES
United States Magistrate Judge